UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                  Case No. 02-mc-71651

v.

                                                  Honorable Nancy G. Edmunds

LEON FORD, JR.,

        Defendant,

_____/

## ORDER DIRECTING PAYMENT

On September 6, 2002, the Court ordered the Clerk of Court to deposit $4,385.00 into an interest-bearing account; deduct from the account any fee authorized by the Judicial Conference of the United States; and hold the remaining funds until further order of the Court.

IT IS NOW ORDERED that the Clerk of Court shall withdraw the funds from the account (what remains of the $4,385.00 plus 100% of the accrued interest) and post those funds to the debt in criminal case number 00-80974.  The Clerk of Court shall then distribute those funds in accordance with the provisions of the judgment in that case setting forth Defendant's criminal monetary penalties.

SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: September 14, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 21, 2020, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager